AO 108 (2/90) Application for Seizure Warrant

FILED

07 DEC -5 PM 3:40

# United States District Court

_____Southern_____ DISTRICT OF _____California_____

DEPUTY

In the Matter of the Seizure of
(Address or brief description of the property or premises to be seized)

    2002 Black GMC Yukon Denali
    Bearing Baja California, Mexico license plates: BEJ2985
    VIN: 1GKEK63U72J254369

**APPLICATION AND AFFIDAVIT
FOR SEIZURE WARRANT**

CASE NUMBER: '07 MJ 2819

I _____Jose D. Morales_____ being duly sworn depose and say:

I am a(n) ___U.S. Border Patrol Senior Patrol Agent___ and have reason to believe
                Official Title

that in the _____Southern_____ District of _____California_____,
there is now certain property which is subject to forfeiture to the United States, namely (describe the property to be seized)

    2002 Black GMC Yukon Denali
    Bearing Baja California, Mexico license plates: BEJ2985
    VIN: 1GKEK63U72J254369

which is a vehicle/conveyance which was used in the commission of a violation of Title 8, United States Code, Section 1324 (a) (1) (B) and is therefore subject to seizure.

Concerning a violation of Title _____8_____ United States Code, Section(s) __1324 (b)__.
The facts to support a finding of Probable Cause for issuance of a Seizure Warrant are as follows:

SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof. ☒ Yes ☐ No

_____
Signature of Affiant

Sworn to before me, and subscribed in my presence

December 5, 2007          at San Diego, California
Date                                           City and State

**RUBEN B. BROOKS
U.S. MAGISTRATE JUDGE**
Name and Title of Judicial Officer          Signature of Judicial Officer

# AFFIDAVIT

**UNITED STATES OF AMERICA**        )
                                    )
                                    ) ss
                                    )
**SOUTHERN JUDICIAL DISTRICT OF CALIFORNIA**)

I, Jose D. Morales, being duly sworn, hereby depose and say:

1.      I am a Senior Patrol Agent with the U.S. Border Patrol of the United States Department of Homeland Security, Bureau of Customs and Border Protection. I have been an agent for 4 years and 8 months. I am currently assigned to the Asset Forfeiture Office for the San Diego Sector Border Patrol. I make this affidavit based upon information related to me through oral and written reports, which I have reviewed regarding this, and other investigations reported to me directly or indirectly by US Border Patrol agents and other law enforcement agents.

2.      This affidavit is made in support of a seizure warrant for a 2002 black GMC Yukon Denali (hereinafter referred to as "2002 GMC Yukon") bearing Baja California, Mexico license plate number BEJ2985, vehicle identification number (VIN) 1GKEK63U72J254369, which was used in the commission of a violation of Title 8, United States Code, Section 1324. This seizure warrant is sought pursuant to Title 8, Code of Federal Regulations, Section 274.4.

3.      On November 8, 2007 at approximately 9:00 AM, two Hispanic adult male subjects were witnessed by Supervisory Border Patrol Agent Ryan Yamasaki occupying the 2002 black GMC Yukon, at 6995 Calle De Linea, San Diego, CA, 92154. The location where the 2002 black GMC Yukon was first observed is located in the Southern District of California, approximately

100 yards North of the US/Mexico International border fence, some two miles east of the San Ysidro port of entry.

4.  On November 8, 2007, at approximately 9:00 AM, a United States Border Patrol (hereinafter referred to as "USBP") agent operating a USBP video remote surveillance camera watched eight subjects in the Republic of Mexico as they climbed over the United States/Mexico International border fence, and illegally entered the United States. The international border fence in that particular is approximately 12 feet high. It is not unusual for subjects to attempt to climb over the fence in that general area. They usually accomplish the feat by placing a ladder on the twelve-foot fence. After reaching the top of the fence, the subjects will then jump over the top and come to rest on the United States side. The operator of the USBP video remote surveillance camera watched the eight subjects jump over the fence and into the United States. Such entry into the United States from Mexico by anyone, regardless of citizenship, is against federal law. After crossing into the United States, the eight subjects hurried to the nearby 2002 GMC Yukon and climbed aboard . The operator of the video remove surveillance camera immediately notified USBP Sector Radio Dispatch of the above-described illegal entry and the involvement of the 2002 GMC Yukon.

5.  USBP Sector Radio Dispatch, in turn, relayed the description of the 2002 GMC Yukon, as well as its location. Dispatch also relayed that the vehicle was carrying the eight illegal entrants. USBP Agent Yamasaki was in the general area of the above-described illegal entry. At that time, he was on patrol wearing his USBP uniform and operating a marked USBP patrol vehicle. Agent Yamasaki spotted the 2002 GMC Yukon moments after the eight suspects boarded the vehicle. The agent watched as the 2002 GMC Yukon began to back out from the location near the loading site. Agent Yamasaki attempted to position his marked USBP service

vehicle so as to perform a vehicle stop on the 2002 GMC Yukon. At that point, it was his intention to question the occupants and perform his enforcement duties relative to the eight illegal entrants, and perhaps any other undocumented riders.

6. As the driver of the 2002 GMC Yukon backed up, Agent Yamasaki drove his marked USBP patrol vehicle toward the rear of the GMC, and parked directly behind it. Agent Yamasaki stepped out of his marked USBP vehicle and approached the 2002 GMC Yukon on foot. Without warning, the driver of the 2002 GMC Yukon engaged the transmission and surged forward. The driver of the 2002 GMC Yukon then brought the SUV about and drove at high speed directly toward Agent Yamasaki and the marked USBP patrol vehicle. It was instantly apparent to Agent Yamasaki that the driver of the 2002 GMC Yukon was attempting to avoid apprehension by ramming the agent and his vehicle. Agent Yamasaki vaulted back into his USBP vehicle and lurched out of the path of the 2002 GMC Yukon. Fortunately, Agent Yamasaki was able to evade the charging 2002 GMC Yukon. The driver of the 2002 GMC Yukon sped past Agent Yamasaki's vehicle, and fled the area.

7. During his life-threatening encounter with the 2002 GMC Yukon, Agent Yamasaki noted two Hispanic adult male occupants. One subject was in the driver's position, the other was in the front passenger seat. As Agent Yamasaki pursued the 2002 GMC Yukon in his marked USBP vehicle, he was able to compile an accurate vehicle description and recorded the vehicle license plate number. While following the 2002 GMC Yukon, Agent Yamasaki noted the chassis was riding low, and the rear bumper was especially low to the ground. The vehicle appeared to be heavily laden. Agent Yamasaki also witnessed numerous subjects attempting to conceal themselves in the rear passenger compartment areas.

8. Agent Yamasaki attempted to follow and maintain visual contact with the 2002 GMC Yukon. The Yukon traveled west bound on Highway 905, then merged onto Highway 805, and proceeded north. During this time, the driver of the 2002 GMC Yukon was traveling at high speeds, and in disregard of a host of traffic laws. Given the presence of legions of other innocent motorists on the highway, the high speed of the 2002 GMC Yukon, and its driver's apparent willingness to put all on the highway at risk, Agent Yamasaki resolved to cease following the vehicle. The 2002 GMC Yukon was last seen by Agent Yamasaki as it raced north on Highway 805.

9. Your affiant submits that the above-stated facts support the conclusion that the 2002 GMC Yukon was engaged in the illegal entry and transportation of undocumented aliens. The eight subjects were witnessed as they made an illegal entry into the United States from Mexico. Upon entering the United States, all eight subject hurried directly to the waiting 2002 GMC Yukon. Without hesitation or deliberation, all eight subjects climbed aboard the vehicle. When confronted by a USBP agent in uniform and driving a marked USBP patrol vehicle, the driver of the 2002 GMC Yukon used life-threatening force to flee the area with his human cargo. Your affiant submits the factual statement herein directly proves this <u>2002 black GMC Yukon Denali, Bearing Baja California, Mexico License Plate # **BEJ2985**, VIN: 1GKEK63U72J254369 and its</u> operators were involved in the illegal smuggling and transportation of undocumented aliens, in violation of, among other things, Title, 8 United States Code, Section 1324, and assault on a federal agent in violation of Title 8, United States Code, Section 111.

This seizure warrant is sought pursuant to Title 8 Code of Federal Regulations, Section 274.4.

10. Based on my experience, I know it is usual for alien smugglers to smuggle and transport aliens into and throughout the United States from Mexico during the night. Aliens also

frequently cross the United States/Mexico International Border during the nighttime and early morning hours when U.S. Border Patrol shift changes occur. It is important to remember the 2002 GMC Yukon bears license plates issued by Baja California, Mexico. The vehicle is at large and could be located most anywhere in the Republic of Mexico or the United States. In my training and experience, it is quite likely the 2002 GMC Yukon will again be pressed into service as an undocumented alien smuggling and transportation vehicle.

11. Based on the above information and observations, I believe there is probable cause to believe that the 2002 black GMC Yukon bearing Baja California, Mexico License Plate # **BEJ298,** was illegally used to transport illegal aliens and in the transporting of illegal aliens in violation of Title 8, United States Code 1324 and is therefore subject to seizure and forfeiture pursuant to Title 8, United States Code, Section 1324 (b), and Title 8, Code of Federal Regulations, Section 274.4.

12. A proposed seizure warrant was made and an application and affidavit for a seizure warrant was submitted, reviewed and approved by United States Magistrate Nita Storms on November 14, 2007. This seizure warrant was assigned number 07MJ2666 and had a validation period of ten days, from November 14, 2007 through November 24, 2007. The United States Border Patrol submitted an alert in the Treasury Enforcement Communication System (TECS), a system in which CBP has access to gather information about a certain vehicle, person or property. An alert was also submitted into the California Law Enforcement Telecommunication System (CLETS), a system in which any law enforcement agency can gain access and gather information and view lookouts about subjects and vehicles. During those ten days, the United States Border Patrol tried and had no success in locating the 2002 GMC Yukon in the United States.

13. On Friday November 30, 2007 at approximately 10:00 PM, Customs and Border Protection (CBP) officers at the Otay Port of Entry encountered the 2002 GMC Yukon when the driver applied for entry into the United States. The 2002 GMC Yukon was sent to secondary inspection for further questioning of the driver and passenger. Due to not being on duty, Border Patrol Agent Ryan Yamasaki was not able to be located to identify the driver. The passenger had previous criminal history in which he was involved in a tunnel drug and human smuggling investigation by United States Federal Agents. Tunnels are used by drug and human smuggling organizations to have an easy access from Mexico into the United States illegally and are very difficult to detect.

14. The driver and passenger were interrogated by United States Border Patrol Agents and after not having sufficient evidence to hold them; they asked and were granted a voluntary return to Mexico. The 2002 GMC Yukon is being held for evidence in the involvement of alien smuggling and assault on a federal agent.

//
//
//
//
//
//
//
//
//
//
//

15      Having stated the above information, I request to have the seizure warrant signed and approved on the 2002 GMC Yukon for administrative forfeiture.

16      Having signed this affidavit under oath, the affiant states that its contents are true and correct to the best of my knowledge, information and belief.

Dated: December 05, 2007                    By: _____

Jose D. Morales, Agent

United States Border Patrol

San Diego Sector

Subscribed and sworn to

before me this 5th

day of December ~~05~~, 2007.

_____

United States Magistrate

Seizure warrant for a 2002 black GMC Yukon Denali bearing Baja California, Mexico License plate number BEJ2985, VIN: 1KEK63U72J254369